| | |
|---|---|
| **DISTRICT COURT, PUEBLO COUNTY, COLORADO**<br>Court Address:<br>501 North Elizabeth Street<br>Pueblo, Colorado 81003 | DATE FILED: February 16, 2016 3:13 PM |
| **LYNETTE K. BOHANNON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, AND SHELTER MUTUAL INSURANCE COMPANY,**<br><br>**Defendants.** | ▲ COURT USE ONLY ▲<br><br>_____ |
| Attorneys for Plaintiff:<br>Name:      James R. Koncilja<br>Address:   Koncilja & Koncilja, P.C.<br>               125 West "B" Street<br>               Pueblo, CO 81003<br>Phone:    (719) 543-9591<br>Fax:         (719) 543-0247<br>E-Mail:    kandkpc@comcast.net<br>Reg.#:      16543 | **Case No. :**<br><br>**Div.:** |
| **SUMMONS** ||

**TO THE ABOVE NAMED DEFENDANTS:**

**YOU** are hereby required to file with the clerk of this court an answer or other response to the attached complaint. If service of the summons and complaint was made upon you within the State of Colorado, you are required to file your answer or other response within **21** days after such service was made upon you. If service of the summons and complaint was made upon you outside of the State of Colorado, or by publication, you are required to file your answer or other response within **35** days after such service upon you.

**EXHIBIT A**

Respectfully submitted this 16th day of February, 2016.

**KONCILJA & KONCILJA, P.C.**

/s/ James R. Koncilja
_____.
James R. Koncilja #16543
Attorney for Plaintiff

<table>
<tr><td>

**DISTRICT COURT,  PUEBLO COUNTY, COLORADO**
Court Address:
501 North Elizabeth Street
Pueblo, Colorado  81003

</td><td>

DATE FILED: February 16, 2016 3:14 PM

</td></tr>
</table>

| | |
|---|---|
| **LYNETTE K. BOHANNON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, AND SHELTER MUTUAL INSURANCE COMPANY,**<br><br>**Defendants.** | ▲  **COURT USE ONLY**  ▲<br><br>_____ |
| Attorneys for Plaintiff:<br>Name:     James R. Koncilja<br>Address:   Koncilja & Koncilja, P.C.<br>           125 West "B" Street<br>           Pueblo, CO  81003<br>Phone:    (719)  543-9591<br>Fax:       (719)  543-0247<br>E-Mail:   kandkpc@comcast.net<br>Reg.#:     16543 | Case No. :<br><br>Div.: |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT** | |

1.      This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

2.      Check the boxes applicable to this case:

☐      Simplified Procedure under C.R.C.P. 16.1 **applies** to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another

party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

**X**     Simplified Procedure under C.R.C.P. 16.1, **does not apply** to this case because (check one box below identifying why 16.1 does not apply):

☐     This is a class action or forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

**X**     This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)), **or**

☐     Another party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case.

3.

**X**     This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Date: 02/16/2016

/s/ James R. Koncilja, Esq.
_____
Signature of Party or Attorney for Party

## NOTICE

☐ This cover sheet must be filed in all District Court Civil (CV) Cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

☐ This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, crossclaim, or third party complaint.

☐ This cover sheet shall not be considered a pleading for purposes of C.R.C.P. 11.

<table>
<tr><td>

**DISTRICT COURT,  PUEBLO COUNTY, COLORADO**
Court Address:
501 North Elizabeth Street
Pueblo, Colorado  81003

</td><td>

DATE FILED: February 16, 2016 3:13 PM

</td></tr>
</table>

| | |
|---|---|
| **LYNETTE K. BOHANNON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, AND SHELTER MUTUAL INSURANCE COMPANY,**<br><br>**Defendants.** | ▲  **COURT USE ONLY**  ▲<br><br>_____ |
| Attorneys for Plaintiff:<br>Name:       James R. Koncilja<br>Address:     Koncilja & Koncilja, P.C.<br>              125 West "B" Street<br>              Pueblo, CO  81003<br>Phone:      (719)  543-9591<br>Fax:         (719)  543-0247<br>E-Mail:      kandkpc@comcast.net<br>Reg.#:       16543 | Case No. :<br><br>Div.: |

| |
|---|
| **COMPLAINT AND DEMAND FOR JURY TRIAL** |

      **COMES NOW**, Plaintiff Lynette K. Bohannon, by and through counsel, Koncilja & Koncilja, P.C. and submits her Complaint and Demand for Jury Trial against the Defendants, as follows:

## JURISDICTION AND VENUE

1.   Plaintiff Lynette K. Bohannon (hereinafter "Plaintiff" or "Ms. Bohannon") is a citizen of the United States and State of Colorado, with her principal residence located at 1884 LaSalle Road, Pueblo, Colorado 81006.

2.   Defendant State Farm Mutual Automobile Insurance Company (hereinafter "Defendant" or "State Farm") is a non-resident, national automobile, property, casualty, liability and life insurer, with its headquarters in Bloomington, Illinois. Defendant is licensed and authorized to conduct business within the State of Colorado.

3.   Defendant Shelter Mutual Insurance Company (hereinafter "Defendant" or "Shelter") is a non-resident, national automobile, property, casualty, liability and life insurer, with its headquarters in Columbia, Missouri.  Defendant is licensed and authorized to conduct business within the State of Colorado.

4.   Defendants conduct business, and issue contracts and policies of insurance in Pueblo County, Colorado.

5.   The subject matter of this civil action involves an automobile accident that occurred along Barnes Road at its intersection with North Powers Boulevard, in El Paso County, State of Colorado.  Pursuant to C.R.C.P. 98, venue is proper in Pueblo County.

6.   This Court has subject matter jurisdiction over this controversy as a court of general jurisdiction, and is authorized to hear and decide matters arising in contract and tort.

## GENERAL ALLEGATIONS

7.   The Plaintiff incorporates paragraphs 1 through 6 above, as if all were fully set forth herein.

8.   Defendant State Farm promoted, offered and sold Plaintiff Bohannon a policy of automobile insurance.  The automobile insurance policy Defendant sold Plaintiff Bohannon specifically provided for and authorized coverage for losses or damages involving an uninsured or underinsured (hereinafter "UI/UIM") motorist.  All State Farm policies which were issued to, sold to, or provided insurance coverage to Plaintiff Bohannon were fully active and in force on the date of the accident, and all required policy premium payments had been paid.

9. Defendant Shelter promoted, offered and sold a policy of automobile insurance which covered and insured Plaintiff Bohannon.  The automobile insurance policy issued by, sold by and offered by Defendant Shelter, which covered and insured Plaintiff Bohannon, specifically provided for and authorized coverage for losses or damages involving an uninsured or underinsured (hereinafter "UI/UIM") motorist.  All Shelter policies which were issued to, sold to, or provided insurance coverage to Plaintiff Bohannon were fully active and in force on the date of the accident, and all required policy premium payments had been paid.

10. At all relevant times herein Plaintiff Bohannon was in full compliance with all duties, obligations and/or requirements contained within the subject State Farm and Shelter insurance policies.

11. Under these policies of insurance, Defendants contracted to provide Plaintiff with uninsured motorist / underinsured motorist coverage in the amount of $100,000 per accident or incident - from each policy.

12. Plaintiff Bohannon was an insured person for purposes of UI/UIM coverage, under the policies of insurance issued by Defendants.

13. These policies remained current and in effect during all time periods relevant to this Complaint.

14. Defendants accepted all policy premium payments with the promise that they would provide the coverages stated in each respective policy of insurance and in accordance with the requirements of Colorado law.

15. On February 18, 2013, at approximately 1605 hours, Plaintiff Bohannon was lawfully operating her automobile, a 1998 Ford Escort sedan, eastbound along Barnes Road, in Colorado Springs, Colorado.

16. At the same time, Sammie L. King, Jr., then a 42 year-old resident of Colorado Springs, Colorado, was driving his automobile along eastbound Barnes Road, in Colorado Springs, Colorado.  At the intersection of eastbound Barnes Road with N. Powers Boulevard Mr. King operated his vehicle in a negligent and careless manner and violently struck the rear of Plaintiff's automobile with the automobile under his sole and direct control, a 2004 Mercedes S55 sedan.

17. As a direct result of Mr. King's negligence and carelessness, Plaintiff Bohannon suffered permanent injuries, and incurred reasonable and necessary medical expenses.

18. Following the incident at the intersection of Barnes Road and N. Powers Boulevard, Plaintiff brought a claim for her personal injuries against Mr. King. Mr. King was insured through Viking Insurance Company of Wisconsin (also d/b/a Sentry Insurance) for limits of liability of  $25,000 per person.

19.   Sammie L. King, Jr. offered Plaintiff Bohannon the full limits of his policy
      coverage, $25,000, in compensation for her injuries and in exchange for a full
      release of liability.  Plaintiff Bohannon consulted with Defendants and requested
      consent to settle her claim against Mr. King.

20.   Defendants  each individually gave written consent for Plaintiff Bohannon to
      settle her claim against Sammie L. King, Jr. for the sum of $25,000.  Plaintiff
      Bohannon settled her claim against Mr. King.

21.   Since Plaintiff Bohannon's damages exceed $25,000, Plaintiff made a claim for
      benefits pursuant to the underinsured-motorist (UIM) coverages or benefit
      provided by her State Farm and Shelter insurance policies.  At the time of filing of
      this Complaint and Demand for Jury Trial, these underinsured-motorist claims
      remained pending against Defendants State Farm and Shelter.

22.   At all times described herein, Plaintiff Bohannon was not negligent.

23.   At all times herein, Plaintiff Bohannon was a first-party claimant or beneficiary,
      as that term is described and defined by Colorado statute.

24.   Plaintiff has fully mitigated her damages.

### FIRST CLAIM FOR RELIEF
### Declaratory Relief - UIM Claim Against State Farm and Shelter

25.   The Plaintiff incorporates paragraphs 1 through 24 above, as if all were fully set
      forth herein.

26.   Pursuant to C.R.C.P. 57, Plaintiff Bohannon requests this court to determine her
      rights under the uninsured/underinsured motorist coverages in the contracts of
      insurance referenced above and to find that the benefits are payable in full.

      **WHEREFORE**, Plaintiff respectfully requests that judgment be entered in her
favor and against the Defendants and that she be awarded all compensatory damages,
including all economic and non-economic losses, attorneys fees, costs, pre- and post-
judgment interest, expert witnesses fees and all such other and further relief as this
Honorable Court deems just and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY AS TO ALL ISSUES SO TRIABLE.**

Respectfully submitted this 16<u>th</u> day of February, 2016.

                       **KONCILJA & KONCILJA, P.C.**

                       /s/ James R. Koncilja
                       _____
                       James R. Koncilja #16543
                       Attorney for Plaintiff

**<u>Plaintiff's Address:</u>**

Ms. Lynette K. Bohannon
1884 LaSalle Road
Pueblo, Colorado 81006

# AFFIDAVIT OF SERVICE

**State of Colorado**        **County of Pueblo**        **DISTRICT Court**

Pueblo County District Court
501 North Elizabeth Street
Pueblo, Colorado 81003

Case Number: 2016CV30137

Plaintiff:
**Lynette K. Bohannon**
vs.
Defendant:
**State Farm Mutual Automobile Insurance Company, and Shelter Mutual Insurance Company**

For: James Koncilja
     Koncilja & Koncilja

Received by GUADAGNOLI PROCESS SERVICE, INC. on the 17th day of February, 2016 at 3:56 pm to be served on **State Of Colorado, Department Of Regulatory Agencies, Division Of Insurance Registered Agent For State Farm Mutual Automobile Insurance Company**. I, Aaron Stephens_____, being duly sworn, depose and say that on the __24th_ day of _February_, 2016 at _2_ : 39 p.m., executed service by delivering a true copy of the **Three Copies of District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or third Party Complaint, Summons and Complaint and Demand for Jury Trial at 1560 Broadway, Suite #850, Denver, Colorado** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____ .

x x CORPORATE SERVICE: By serving RANDOLPH C. WILSON_____ as __Designee_____ .

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____ .

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

Case 1:16-cv-00699-MJW  Document 1-1  Filed 03/25/16  USDC Colorado  Page 10 of 11

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Aaron Stephens_ (signature)

Subscribed and Sworn to before me on the 25th_ day of
_February_____, _2016_ by the affiant who is personally known to me.

_Helen B. Hays_ (signature)
NOTARY PUBLIC
1177 Grant St., #104
Denver, CO 80203

Aaron Stephens
PROCESS SERVER # _____
Appointed in accordance with State Statutes

**GUADAGNOLI PROCESS SERVICE, INC.**
**808 N. Greenwood**
**Pueblo, CO 81003**
**(719) 564-1200**

Our Job Serial Number: 2016000806

(stamp)
HELEN B. HAYS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19934008056
MY COMMISSION EXPIRES JUNE 3, 2017

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# AFFIDAVIT OF SERVICE

State of Colorado

County of Pueblo

DISTRICT Court

Pueblo County District Court
501 North Elizabeth Street
Pueblo, Colorado 81003

Case Number: 2016CV30137

Plaintiff:
**Lynette K. Bohannon**
vs.
Defendant:
**State Farm Mutual Automobile Insurance Company, and Shelter Mutual
Insurance Company**

For: James Koncilja
     Koncilja & Koncilja

Received by GUADAGNOLI PROCESS SERVICE, INC. on the 17th day of February, 2016 at 4:07 pm to be served on **State Of Colorado, Department Of Regulatory Agencies, Division Of Insurance Registered Agent For Shelter Mutual Insurance Company**. I, __Aaron Stephens__, being duly sworn, depose and say that on the __24th__ day of __February__, 2016 at __2__:40p.m., executed service by delivering a true copy of the **Three Copies of District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or third Party Complaint, Summons and Complaint and Demand for Jury Trial** at 1560 Broadway, Ste. #850, Denver, Colorado in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving __Randolph C. Wilson__ as __Designee__.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 26th day of __February__, 2016 by the affiant who is personally known to me.

_Helen B. Hays_
NOTARY PUBLIC
1177 Grant St., #104
Denver, CO 80203

_Aaron Stephens_
Aaron Stephens
PROCESS SERVER # _____
Appointed in accordance with State Statutes

**GUADAGNOLI PROCESS SERVICE, INC.**
808 N. Greenwood
Pueblo, CO 81003
(719) 564-1200

Our Job Serial Number: 2016000807

HELEN B. HAYS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19934008056
MY COMMISSION EXPIRES JUNE 3, 2017

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n