**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  16-cv-00699-MJW

LYNNETTE K. BOHANNON,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and
SHELTER MUTUAL INSURANCE COMPANY,

Defendants.

---

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

Plaintiff LYNNETTE BOHANNON and Defendants STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and SHELTER MUTUAL INSURANCE COMPANY, by and through their respective undersigned counsel of record, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendants State Farm Mutual Automobile Insurance Company and Shelter Mutual Insurance Company, with each party to pay their own attorney fees and costs and, in support thereof, state as follows:

1.  On April 6, 2017, the parties reached an agreement to fully and finally settle all of Plaintiff's claims against Defendants State Farm Mutual Automobile Insurance Company and Shelter Mutual Insurance Company, with each party to pay their own attorney fees and costs.

WHEREFORE, Plaintiff Lynnette Bohannon, and Defendants State Farm Mutual Automobile Insurance Company and Shelter Mutual Insurance Company respectfully

move this Court for an Order granting dismissal with prejudice of all claims against Defendants State Farm Mutual Automobile Insurance Company and Shelter Mutual Insurance Company, with each party to pay their own attorney fees and costs, and for any further relief that this Court deems just and proper.

Dated: May 5, 2017.

KONCILJA & KONCILJA, P.C.

*/s/ James R. Koncilja*
_____.
Mr. James R. Koncilja, Esq.
125 West "B" Street
Pueblo, CO 81003
Telephone:(719) 543-9591
**Attorney Koncilja represents Plaintiff Lynnette K. Bohannon**

Dated: May 5, 2017.

CAIN & WHITE, L.L.P.

*/s/Jennifer L. White*
_____.
Mr. Craig W. Cain, Esq.
Ms. Jennifer L. White, Esq.
1555 Quail Lake Loop, Suite #100
Colorado Springs, Colorado 80906
Telephone: (719) 575-0010
**Attorneys Cain & White represent Defendant State Farm Mutual Automobile Insurance Company**

Dated: May 5, 2017.

Jack E. Donley, Esq.

*/s/ Jack Donley*
_____.
Mr. Jack Donley, Esq.
24 South Weber Street, Suite 300
Colorado Springs, CO 80903
Telephone: (719) 471-1662
**Attorney Donley represents Defendant Shelter Mutual Insurance Company.**

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Fed.R.Civ.P. 5, on this 5th day of May, 2017, a true and correct copy of the above and foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** was served, via ECF, upon the following:

James R. Koncilja, Esq.
Koncilja & Koncilja, P.C.
125 West "B" Street
Pueblo, CO  81003
***Attorney for Plaintiff***

Jack E. Donley, Esq.
24 South Weber Street, Suite 300
Colorado Springs, CO  80903
***Attorney for Co-Defendant Shelter Mutual Insurance Company***

                                        */s/Gordon L. Beck*_____
                                        Gordon L. Beck, Paralegal